UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY GAMACHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CV543 CDP |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion to proceed in forma pauperis. According to plaintiff's financial information, he cannot afford to pay the full amount of the filing fee. I will, therefore, grant the motion. Additionally, under 28 U.S.C. § 1915(e), I am required to review the complaint and to dismiss it if it is frivolous, malicious, or fails to state a claim upon which relief can be granted.

Plaintiff brings suit against the FBI and the FCC, stating that he is seeking an order from the Court requiring defendants to investigate his claims that he is being electronically monitored by unknown individuals through the use of a high-tech "electronic weapon." Plaintiff believes that he has detected the "frequency" used by the electronic weapon, but he states that despite his "evidence" of the "frequency being used against him," defendants have refused to investigate exactly who is monitoring plaintiff or why.

Plaintiff previously brought suit against unknown individuals for attempting to exert mind control over him. Gamache v. Unknown, 4:10CV2273 TIA (E.D. Mo.).

An action is factually frivolous if the facts alleged are "clearly baseless"; alleged facts are clearly baseless if they are "fanciful," "delusional," or "fantastic." Denton v. Hernandez, 504 U.S. 25, 32-33 (1992). The allegations in the complaint are factually frivolous under Denton. As a result, I will dismiss this action pursuant to 28 U.S.C. § 1915(e).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint because the complaint is frivolous.

An appropriate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 29th day of March, 2011.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE